# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH J. MCCAHON**, et al., | : | CIVIL ACTION NO. 1:07-CV-0553 |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **PENNSYLVANIA TURNPIKE COMMISSION**, et al., | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 12th day of July, 2007, upon consideration of the plaintiff's motion (Doc. 31) to add William E. Moore, Jr., as a plaintiff in the above-referenced action, it is hereby ORDERED that said motion is GRANTED.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge